In the Matter of the Claim of AUGUST LINKENS, Respondent, against TIDE WATER OIL SALES CORPORATION et al., Appellants.

STATE INDUSTRIAL BOARD, Respondent.

Submitted November 17, 1937; decided December 7, 1937.

*James P. Allen, Jr.,* and *John P. Smith* for appellants.

*John J. Bennett, Jr., Attorney-General (Roy Wiedersum* of counsel), for State Industrial Board, respondent.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.